United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 22-10508-amc
Audrey B. Davidson   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: May 23, 2024 | Form ID: pdf900 | Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Audrey B. Davidson, 7207 Hazel Avenue, Upper Darby, PA 19082-3004 |
| 14674536 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14674539 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14675920 | + | Portnoff Law Associates LTD, 2700 Horizon Drive Suite 100, King of Prussia, PA 19406-2726 |
| 14675921 | + | Upper Darby Township, 100 Garrett Road, Upper Darby PA 19082-3135 |
| 14691296 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14691295 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | City of Philadelphia, Law Department - Tax & Revenue Unit, 1401 JFK Blvd., 5th Fl, Philadelphia, pa 19102 |
| cr | ^ | MEBN | May 23 2024 23:54:52 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2024 01:12:07 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14674518 | | Email/Text: ebn@americollect.com | May 24 2024 00:03:00 | Americollect, PO Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14674517 | + | Email/Text: bncnotifications@pheaa.org | May 24 2024 00:02:00 | American Education Services/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14674519 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 24 2024 00:01:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998 |
| 14676500 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 24 2024 00:01:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14674520 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 24 2024 00:02:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14674526 | | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14674527 | | Email/Text: megan.harper@phila.gov | May 24 2024 00:03:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14705961 | | Email/Text: megan.harper@phila.gov | | |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 24 2024 00:03:00 | City of Philadelphia, Law-Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14674521 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 01:12:07 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14683601 | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2024 00:11:05 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14674524 | + | Email/Text: ecf@ccpclaw.com | May 24 2024 00:01:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14674525 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 00:39:24 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14674528 | + | Email/Text: bankruptcy@philapark.org | May 24 2024 00:03:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14674529 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 24 2024 00:02:00 | Comenitybank/onestop, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14674530 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2024 01:12:07 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14674531 | | Email/Text: bankruptcycourts@equifax.com | May 24 2024 00:02:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14674532 | ^ | MEBN | May 23 2024 23:54:23 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14674533 | ^ | MEBN | May 23 2024 23:54:57 | Hayt, Hayt & Landau, LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 14674534 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 24 2024 00:02:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14674523 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2024 01:01:45 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14679731 | + | Email/Text: RASEBN@raslg.com | May 24 2024 00:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14682520 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2024 00:03:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14681275 | + | Email/Text: bankruptcy@nbtbank.com | May 24 2024 00:03:00 | NBT Bank, NA, 52 South Broad Street, Norwich NY 13815-1699 |
| 14685844 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2024 00:12:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14674537 | + | Email/Text: bankruptcy@nbtbank.com | May 24 2024 00:03:00 | Pennstar Bank/NBT Bank, Attn: Bankruptcy, PO Box 351, Norwich, NY 13815-0351 |
| 14673497 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2024 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14674538 | + | Email/Text: bankruptcy@philapark.org | May 24 2024 00:03:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14674040 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2024 01:12:01 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14674540 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 24 2024 00:02:00 | Rushmore Loan Management, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| 14681432 | ^ | MEBN | May 23 2024 23:54:53 | Rushmore Loan Management Services,LLC, as servicer for Bank Trust Nat'l Assoc., c/o Lauren M. Moyer, Esq., 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14673259 | + | Email/PDF: ebn_ais@aisinfo.com | | |

District/off: 0313-2   User: admin   Page 3 of 4
Date Rcvd: May 23, 2024   Form ID: pdf900   Total Noticed: 50

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 24 2024 00:10:39 | Synchrony Bank by AIS InfoSource LP, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 14674541 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:11:22 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14674542 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:24:53 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14674543 | | Email/Text: DASPUBREC@transunion.com | May 24 2024 00:01:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14815583 | ^ | MEBN | May 23 2024 23:54:23 | U.S. Bank National Association,, as trustee of BKPL-EG Holding Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14689656 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 24 2024 00:02:00 | U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14680764 | | Email/Text: electronicbkydocs@nelnet.net | May 24 2024 00:03:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14674544 | + | Email/Text: electronicbkydocs@nelnet.net | May 24 2024 00:03:00 | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 14674545 | | Email/Text: BKRMailOps@weltman.com | May 24 2024 00:03:00 | Weltman, Weinberg & Reis Co, P.O. Box 93784, Cleveland, OH 44101-5784 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14674522 | | Capital One Bank Usa N |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14674535 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14687974 | *+ | Synchrony Bank by AIS InfoSource LP, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

**Name**   **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 23, 2024 | Form ID: pdf900 | Total Noticed: 50 |

JAMES RANDOLPH WOOD
    on behalf of Creditor Upper Darby Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JONATHAN C. SCHWALB
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust bankruptcy@friedmanvartolo.com

LAUREN MOYER
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust bkecf@friedmanvartolo.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank National Association  as trustee of BKPL-EG Holding Trust bkecf@friedmanvartolo.com

MEGAN N. HARPER
    on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHAEL A. CIBIK
    on behalf of Debtor Audrey B. Davidson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Debtor Audrey B. Davidson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Audrey B. Davidson | Bankruptcy No. 22-10508-AMC |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: May 23, 2024

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE