| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-10508-AMC

Audrey B. Davidson
7207 Hazel Avenue
Upper Darby  PA     19082

Petition Filed Date: 02/28/2022
341 Hearing Date: 04/22/2022
Confirmation Date: 08/31/2022

Case Status: Dismissed After Confirmation on 5/23/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $1,250.00 | | 09/13/2023 | $1,250.00 | | 10/18/2023 | $1,250.00 | |
| 12/04/2023 | $1,250.00 | | 02/20/2024 | $1,250.00 | | 03/05/2024 | $1,250.00 | |
| 04/12/2024 | $1,250.00 | | 05/13/2024 | $1,250.00 | | | | |

**Total Receipts for the Period: $10,000.00   Amount Refunded to Debtor Since Filing: $1,135.20   Total Receipts Since Filing: $27,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $4,300.00 | $4,300.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  01P | Priority Crediors | $32.79 | $32.79 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  01U | Unsecured Creditors | $7.75 | $0.00 | $7.75 |
| 3 | PINNACLE CREDIT SERVICES LLC<br>»»  002 | Unsecured Creditors | $428.60 | $49.87 | $378.73 |
| 4 | BANK OF AMERICA NA<br>»»  003 | Unsecured Creditors | $6,344.02 | $873.34 | $5,470.68 |
| 5 | UNITED STATES TREASURY (IRS)<br>»»  04P | Priority Crediors | $2,749.58 | $2,749.58 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»»  04U | Unsecured Creditors | $10,304.81 | $1,418.61 | $8,886.20 |
| 7 | CHASE BANK USA NA<br>»»  005 | Unsecured Creditors | $2,505.80 | $344.96 | $2,160.84 |
| 8 | US DEPARTMENT OF EDUCATION<br>»»  006 | Unsecured Creditors | $0.00 | $0.00 | $107,945.47 |
| 9 | NBT BANK NA<br>»»  007 | Unsecured Creditors | $18,200.37 | $2,505.55 | $15,694.82 |
| 10 | MIDLAND CREDIT MANAGEMENT INC<br>»»  008 | Unsecured Creditors | $3,298.56 | $454.10 | $2,844.46 |
| 11 | CAPITAL ONE BANK (USA) NA<br>»»  009 | Unsecured Creditors | $277.40 | $38.19 | $239.21 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  010 | Unsecured Creditors | $7,538.48 | $1,037.78 | $6,500.70 |
| 13 | SYNCHRONY BANK<br>»»  011 | Unsecured Creditors | $110.10 | $15.16 | $94.94 |
| 14 | SYNCHRONY BANK<br>»»  012 | Unsecured Creditors | $3,795.22 | $522.48 | $3,272.74 |
| 15 | SN SERVICING CORPORATION<br>»»  013 | Mortgage Arrears | $29.59 | $29.59 | $0.00 |

**Chapter 13 Case No. 22-10508-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | UPPER DARBY TOWNSHIP<br>»»  014 | Secured Creditors | $3,436.47 | $3,436.47 | $0.00 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»»  015 | Secured Creditors | $6,143.83 | $6,143.83 | $0.00 |
| 18 | AMERICAN EDUCATION SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | AMERICOLLECT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | BARCLAYS BANK DELAWARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | CAPITAL ONE BANK (USA) NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | CAPITAL ONE BANK (USA) NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | MACYS C/O DSNB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | Audrey B. Davidson | Debtor Refunds | $1,135.20 | $1,135.20 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $27,500.00 | | Current Monthly Payment: | $1,359.00 |
| Paid to Claims: | $25,087.50 | | Arrearages: | $0.00 |
| Paid to Trustee: | $2,412.50 | | Total Plan Base: | $77,745.00 |
| Funds on Hand: | $0.00 | | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.